1  Amber L. Schubert (No. 278696)
   **SCHUBERT JONCKHEER & KOLBE LLP**
2  2001 Union Street, Suite 200
   San Francisco, CA 94123
3  Tel: (415) 788-4220
   Fax: (415) 788-0161
4  aschubert@sjk.law

5
   Fletch Trammell (TX Bar No. 24042053)
6  *Pro hac vice pending*
   **TRAMMELL PC**
7  3262 Westheimer, #423
   Houston, TX 77098
8  Tel: (800) 405-1740
   Fax: (800) 532-0992
9  fletch@trammellpc.com

10
   *Attorneys for Plaintiffs*
11

12

13                 **IN THE UNITED STATES DISTRICT COURT**
14               **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

15
   OTHAME DIB, JESUS GUERRERO, LUCA          ) Case No.:
16 DELA CRUZ, JEANETTE PORILLO, PETER        )
   GHANEM, RITA CRANE and NATHANIEL          ) **AFFIDAVIT OF JEANETTE PORILLO IN**
17 SANSOM individually and as the representatives ) **SUPPORT OF VENUE PURUSANT TO**
                                              ) **CALIFORNIA CIVIL CODE SECTION**
   of a class of similarly situated persons,  ) **1780(d)**
18                                            )
19                 Plaintiffs,                )
                                              )
20      vs.                                   )
                                              )
21 APPLE INC., a California corporation,      )
                                              )
22                                            )
                                              )
23                 Defendant.                 )

24

25      I, Jeanette Porillo, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that the

26 following is true and correct:

27      1.      I am a Plaintiff in the above-entitled action.  I bring this action on behalf of myself and all

28 others similarly situated.

- 1 -
AFFIDAVIT OF JEANETTE PORILLO IN SUPPORT OF VENUE PURUSANT TO CALIFORNIA CIVIL CODE
SECTION 1780(d)

1      2.      I am a competent adult over eighteen years of age.  I have personal knowledge of the

2  following facts for which I could and would competently testify to under oath in open court if called to

3  do so.

4      3.      This Court is the proper venue for commencement and trial of this action because (a)

5  Apple Inc.'s principal place of business is in the County of Santa Clara ("this County") and (b) a

6  substantial part of the events or omissions giving rise to Plaintiffs' claims occurred in this County.

7      4.      Defendant Apple Inc.'s principal place of business is located in Cupertino, California,

8  which is located in this County. Accordingly, I am informed and believe that the appropriate venue for

9  this matter is the Northern District of California.

10                          *          *          *

11      I declare under penalty of perjury that the foregoing is true and correct.

12
    DATED: ___February 20, 2025___, 2025
13

14      Signed by:

        _____
        72EEAE63450F458
        JEANETTE PORILLO

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                          - 2 -
AFFIDAVIT OF JEANETTE PORILLO IN SUPPORT OF VENUE PURUSANT TO CALIFORNIA CIVIL CODE
                          SECTION 1780(d)