Amber L. Schubert (No. 278696)
**SCHUBERT JONCKHEER & KOLBE LLP**
2001 Union Street, Suite 200
San Francisco, CA 94123
Tel: (415) 788-4220
Fax: (415) 788-0161
aschubert@sjk.law

Fletch Trammell (TX Bar No. 24042053)
*Pro hac vice pending*
**TRAMMELL PC**
3262 Westheimer, #423
Houston, TX 77098
Tel: (800) 405-1740
Fax: (800) 532-0992
fletch@trammellpc.com

*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| OTHAME DIB, JESUS GUERRERO, LUCA DELA CRUZ, JEANETTE PORILLO, PETER GHANEM, RITA CRANE and NATHANIEL SANSOM individually and as the representatives of a class of similarly situated persons,<br><br>Plaintiffs,<br><br>vs.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | Case No.:<br><br>**AFFIDAVIT OF RITA CRANE IN SUPPORT OF VENUE PURUSANT TO CALIFORNIA CIVIL CODE SECTION 1780(d)** |

I, Rita Crane, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that the following is true and correct:

1.　　I am a Plaintiff in the above-entitled action. I bring this action on behalf of myself and all others similarly situated.

- 1 -
AFFIDAVIT OF RITA CRANE IN SUPPORT OF VENUE PURUSANT TO CALIFORNIA CIVIL CODE SECTION 1780(d)

2. I am a competent adult over eighteen years of age. I have personal knowledge of the following facts for which I could and would competently testify to under oath in open court if called to do so.

3. This Court is the proper venue for commencement and trial of this action because (a) Apple Inc.'s principal place of business is in the County of Santa Clara ("this County") and (b) a substantial part of the events or omissions giving rise to Plaintiffs' claims occurred in this County.

4. Defendant Apple Inc.'s principal place of business is located in Cupertino, California, which is located in this County. Accordingly, I am informed and believe that the appropriate venue for this matter is the Northern District of California.

*      *      *

I declare under penalty of perjury that the foregoing is true and correct.

DATED: __February 20, 2025__, 2025

Signed by:

_____
RITA CRANE

- 2 -
AFFIDAVIT OF RITA CRANE IN SUPPORT OF VENUE PURUSANT TO CALIFORNIA CIVIL CODE SECTION 1780(d)