United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OTHAME DIB, et al., | Case No.  25-cv-02043-SVK |
| Plaintiffs, | |
| v. | **ORDER OF RECUSAL** |
| APPLE INC., | |
| Defendant. | |

This Court recuses itself from hearing this case and directs the Clerk of Court to reassign this case to another judge.

**SO ORDERED.**

Dated: February 27, 2025

SUSAN VAN KEULEN
United States Magistrate Judge