1
2
3
4
5
6
7
8
9

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| OTHMANE DIB, JESUS GUERRERO, LUCA DELA CRUZ, JEANETTE PORILLO, PETER GHANEM, RITA CRANE, NATHANIEL SANSOM, FRANK NUÑEZ, and RANY WARDA, individually and as the representatives of a class of similarly situated persons,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>APPLE INC., a California corporation,<br><br>　　Defendant | Civil Case No.: 5:25-cv-02043-NW-NMC<br><br>**[PROPOSED] ORDER GRANTING ENVIRONMENTAL DEFENSE FUND'S MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>Motion Hearing Date: November 12, 2025<br>Time: 9:00 AM<br>Judge: Hon. Noël Wise<br>Location: Courtroom 3 – 5th Floor |

# [PROPOSED] ORDER

Having considered Environmental Defense Fund's Notice of Motion and Motion for Leave to File *Amicus Curiae* Brief, IT IS HEREBY ORDERED that the Motion for Leave to File *Amicus Curiae* Brief is Granted, and the *amicus curiae* brief attached to the Motion is deemed filed.

Dated: _____                By:_____

Honorable Noël Wise
United States District Court Judge
Northern District of California