Amber L. Schubert (No. 278696)
**SCHUBERT JONCKHEER & KOLBE LLP**
2001 Union Street, Suite 200
San Francisco, CA 94123
Tel: (415) 788-4220
Fax: (415) 788-0161
aschubert@sjk.law

Fletch Trammell (TX Bar No. 24042053)
*Admitted Pro hac vice*
**TRAMMELL PC**
3262 Westheimer, #423
Houston, TX 77098
Tel: (800) 405-1740
Fax: (800) 532-0992
fletch@trammellpc.com

Don Bivens (AZ Bar No. 005134)
*Pro hac vice forthcoming*
Teresita T. Mercado (AZ Bar No. 020578)
*Pro hac vice forthcoming*
**DON BIVENS, PLLC**
15169 N. Scottsdale Road, Suite 205
Scottsdale, AZ 85254
Tel: (602) 762-2661
don@donbivens.com
teresita@donbivens.com
**Counsel for Plaintiffs**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| OTHAME DIB, JESUS GUERRERO, LUCA DELA CRUZ, JEANETTE PORILLO, PETER GHANEM, RITA CRANE, NATHANIEL SANSOM, individually and as the representatives of a class of similarly situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation.<br><br>Defendant. | Case No. 5:25-cv-02043-NW<br><br>**PLAINTIFFS' NOTICE OF ELECTION NOT TO AMEND AND REQUEST FOR ENTRY OF FINAL JUDGMENT** |

Plaintiffs hereby give notice that they do not intend to file an amended complaint following the Court's Order Granting Apple's Motion to Dismiss entered on February 20, 2026. Plaintiffs respectfully request that the Court enter final judgment.

                                  Respectfully submitted,

Date: March 5, 2026           By: */s/ Amber L. Schubert*
                                    Amber L. Schubert (No. 278696)
                                    **SCHUBERT JONCKHEER & KOLBE LLP**
                                    2001 Union Street, Suite 200
                                    San Francisco, CA 94123
                                    Tel: (415) 788-4220
                                    Fax: (415) 788-0161
                                    aschubert@sjk.law

                                    Fletch Trammell (TX Bar No. 24042053)
                                    *Admitted Pro hac vice*
                                    **TRAMMELL PC**
                                    3262 Westheimer, #423
                                    Houston, TX 77098
                                    Tel: (800) 405-1740
                                    Fax: (800) 532-0992
                                    fletch@trammellpc.com

                                    Don Bivens (AZ Bar No. 005134)
                                    *Pro hac vice forthcoming*
                                    Teresita T. Mercado (AZ Bar No. 020578)
                                    *Pro hac vice forthcoming*
                                    **DON BIVENS, PLLC**
                                    15169 N. Scottsdale Road, Suite 205
                                    Scottsdale, AZ 85254
                                    Tel: (602) 762-2661
                                    don@donbivens.com
                                    teresita@donbivens.com

                                    ***Counsel for Plaintiffs***

PLAINTIFFS' NOTICE OF ELECTION NOT TO AMEND AND REQUEST FOR ENTRY OF FINAL JUDGMENT