United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OTHMANE DIB, JESUS GUERRERO, LUCA DELA CRUZ, JEANETTE PORILLO, PETER GHANEM, RITA CRANE, NATHANIEL SANSOM, FRANK NUÑEZ, and RANY WARDA, individually and as the representatives of a class of similarly situated persons,

Plaintiffs,

v.

APPLE INC.,

Defendant.

Case No. 25-cv-02043-NW

**ORDER DIRECTING CLERK OF COURT TO ENTER FINAL JUDGMENT**

Re: ECF No. 57

Before the Court is Plaintiffs' notice of election not to amend their complaint and request for entry of final judgment. ECF No. 57. Good cause appearing, the Court DIRECTS the Clerk of Court to enter final judgment in favor of Defendant and against Plaintiffs. This Order concludes litigation in this matter. The Clerk of Court SHALL CLOSE the file.

**IT IS SO ORDERED.**

Dated: March 18, 2026

Noël Wise
United States District Judge