UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OTHMANE DIB, et al.,

          Plaintiffs.

     v.

APPLE INC.,

          Defendant.

Case No. 25-cv-02043-NW

**JUDGMENT IN A CIVIL CASE**

Re: ECF No. 58

    Judgment is hereby entered in favor of Defendant against Plaintiff consistent with the Court's Order at ECF No. 58.

    This document constitutes a judgment and a separate document for purposes of Federal Rule of Civil Procedure 58(a).

    Dated this 18th day of March 2026.

                         Mark B. Busby, Clerk of Court

By: _____

                         Allie Warren
                         Deputy Clerk to the Honorable
                         NOËL WISE

United States District Court
Northern District of California