Amber L. Schubert (No. 278696)
**SCHUBERT JONCKHEER & KOLBE LLP**
2001 Union Street, Suite 200
San Francisco, CA 94123
Tel: (415) 788-4220
Fax: (415) 788-0161
aschubert@sjk.law

Fletch Trammell (TX Bar No. 24042053)
*Pro hac vice*
**TRAMMELL PC**
3262 Westheimer, #423
Houston, TX 77098
Tel: (800) 405-1740
Fax: (800) 532-0992
fletch@trammellpc.com

Don Bivens (AZ Bar No. 005134)
*Pro hac vice forthcoming*
DON BIVENS, PLLC
15169 N. Scottsdale Road, Suite 205
Scottsdale, AZ, 85254
Tel: (602) 762-2661
don@donbivens.com

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| OTHMANE DIB, JESUS GUERRERO, LUCA DELA CRUZ, JEANETTE PORILLO, PETER GHANEM, RITA CRANE, NATHANIEL SANSOM, FRANK NUÑEZ, and RANY WARDA, individually and as the representatives of a class of similarly situated persons,<br><br>Plaintiffs,<br>vs.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | Case No.: 5:25-cv-02043-NW<br><br>**PLAINTIFF'S NOTICE OF APPEAL** |

NOTICE IS HEREBY GIVEN that Plaintiffs Othmane Dib, Jesus Guerrero, Luca Dela

Cruz, Jeanette Porillo, Peter Ghanem, Rita Crane, Nathaniel Sansom, Frank Nuñez, and Rany

Warda hereby appeal to the United States Court of Appeals for the Ninth Circuit from (1) the Order

PLAINTIFF'S NOTICE OF APPEAL

Granting Apple Inc.'s Motion to Dismiss, entered on February 20, 2026, and (2) the Judgment in a Civil Case entered on March 18, 2026. This appeal is taken pursuant to 28 U.S.C. § 1291.

Dated: March 23, 2026

/s/ *Amber L. Schubert*
Amber L. Schubert (No. 278696)
**SCHUBERT JONCKHEER & KOLBE LLP**
2001 Union Street, Suite 200
San Francisco, CA 94123
Tel: (415) 788-4220
Fax: (415) 788-0161
aschubert@sjk.law

Fletch Trammell (TX Bar No. 24042053)
*Pro hac vice*
**TRAMMELL PC**
3262 Westheimer, #423
Houston, TX 77098
Tel: (800) 405-1740
Fax: (800) 532-0992
fletch@trammellpc.com

Don Bivens (AZ Bar No. 005134)
*Pro hac vice forthcoming*
**DON BIVENS, PLLC**
15169 N. Scottsdale Road, Suite 205
Scottsdale, AZ, 85254
Tel: (602) 762-2661
don@donbivens.com

***Counsel for Plaintiffs***